IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 JUL 22 PM 3:36

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. **'13 - CV - 01949**

TERESITA REYES FOR FERNANDA RIVERA
Plaintiff(s),

v.

LITTLETON HOUSING AUTHORITY
Defendant(s).

---

**MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915**

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do √ do not ____ (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

(1) I am unable to pay such fees or give security therefor.

(2) The nature of this action is: DENIAL OF HOUSING - DISCRIMINATION BASED ON DISABILITY & NATIONAL ORIGIN

(3) I am entitled to redress.

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true:

**MARITAL STATUS AND DEPENDENTS**
(Single)____  Married ____ Separated ____ Divorced ____ WIDOWED
The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

| Name | Age | Relationship |
|---|---|---|
| N.A | N.A. | N.A. |

**RESIDENCE**
Street Address: 6039 S. BROADWAY
City: LITTLETON          State: CO
Zip Code: 80121          Telephone: (303) 593-1404

(Rev. 07/06)

**EDUCATION**
What is the highest level of formal education you have received:
6th GRADE
I can speak, read, write, and understand the English language: Yes  X   No _____

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: N.A.
Address of employer: N.A
Telephone number of employer: N.A.
How long have you been employed by present employer: N.A.
Income: Monthly $ N.A.   Weekly $ N.A.

If <u>self-employed</u>, state your net income: Monthly $ N.A.   Weekly $ _____
What is the nature of your self-employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since: ELDERLY AND DISABLED
Name of last employer: _____
Address of last employer: _____
Telephone number of last employer: _____
Salary or hourly wage received from last employer: $ _____

If <u>spouse</u> is employed, complete the following:
Name of employer: N.A. SPOUSE IS DECEASED
How long has spouse been employed by present employer: N.A.
Income: Monthly $ _____   Weekly $ N.A.

If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:
I have been receiving public assistance since: 2005
Monthly benefits: $ 600.00   Weekly benefits: $ N.A.

**REAL AND PERSONAL PROPERTY**
<u>Real property</u>:
Do you own real property? Yes _____ No ✓
If yes, describe: N.A
Address: _____
Name(s) on title: N.A
Estimated value: $ _____ Amount owed: $ _____
Annual income from real property: $ N.A.

(Rev. 07/06)

<u>Personal property</u>:
Automobile: Make: __NONE__   Model: _____   Year: _____
Name(s) on registration: __N.A.__
Estimated value: $ __N.A.__   Amount owed: $ _____

<u>Cash on hand</u>:
Total amount of cash in banks and savings and loan
associations: $ __3.50__
Names and addresses of banks and
associations: __1ST BANK__
__7575 S. UNIVERSITY BOULEVARD CENTENNIAL, CO 80122__

<u>Other information pertinent to financial status</u>: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned): __NONE__

**FINANCIAL OBLIGATIONS:**            **MONTHLY PAYMENT:**

| Obligation | Monthly Payment |
|---|---|
| Rent on house or apartment: | $ 0 |
| Mortgage on house: CABLE | $ 62.50 |
| Gas bill: OVER-THE-COUNTER MEDS | $ 105.86 |
| ENSURE, LAUNDRY SOAP, TOILET PAPER | |
| Electric bill: | $ 75.00 |
| Telephone bill: | $ 45.00 |
| Food: $ 8.50/daily 2-3 meals + snack/day | $ 255.00 |
| Clothing: | $ 10.00 OR MORE |
| Automobile loan: WATER | $ 25.00 |
| Automobile insurance: | $ |
| Other insurance: | $ |
| Payments to retail merchants: | $ |
| Total owed: _____ | |
| Payments on any other outstanding loans or debts: | $ |
| Total owed: _____ | |
| Payments to doctors, hospitals, lawyers: | $ |
| Total owed: _____ | |
| Maintenance under separation or dissolution agreement: | $ |
| Child support: TRASH DISP. | $ 18.87 |
| Other Payments: | |
| Describe: INK | $ 35.00 |
| Describe: COPY PAPER | $ 6.00 |
| Describe: DOG FOOD | $ 21.98 |
| Describe: GAS (TRIPS TO M.D. + LAWYER APPTS) | $ 20.00 |
| Total monthly payments: | $ 680.21 |

(Rev. 07/06)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

(1) THE PLAINTIFF IS SEEKING $55,552.00 IN MONETARY DAMAGES FROM THE RESPONDENT AS A RESULT OF ITS ACTION TO UNJUSTLY DENY HOUSING TO THE PLAINTIFF

(2) THE PLAINTIFF IS REQUESTING FOR ASSISTANCE FROM THE RESPONDENT TO ENSURE THAT THE PLAINTIFF IS RETURNED TO THE MOST INTEGRATED SETTING FROM WHICH SHE WAS REMOVED. AS A RESULT OF THE RESPONDET'S ACTION.

(3) THE PLAINTIFF IS SEEKING ANY PUNITIVE DAMAGES THE COURT MAY DEEM JUST FOR THE RESPONDENT'S VIOLATION OF THE PLAINTIFF'S RIGHTS AS A DISABLED BY VIRTUE OF TITLE VI, ADA, SECTION 504, INTEGRATION MANDATE & OLMSTEAD.

Date: 07-22-2013

_Juanita Reyes_ FOR FERNANDA RIVERA
(Plaintiff's Original Signature)

6039 S. BROADWAY
(Street Address)

LITTLETON, CO 80121
(City, State, ZIP)

(303) 593-1404
(Telephone Number)