**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01949-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

FERNANDA RIVERA,

      Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

      Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff, Fernanda Rivera, currently resides in Littleton, Colorado.  Plaintiff has

submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has

determined that the submitted documents are deficient as described in this Order.

Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any

papers that Plaintiff files in response to this Order must include the civil action number

on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

| | | |
|---|---|---|
| (1) | __ | is not submitted |
| (2) | __ | is not on proper form (must use the Court's current form) |
| (3) | X | is missing original signature by **Plaintiff** |
| (4) | __ | is missing affidavit |
| (5) | __ | affidavit is incomplete |
| (6) | __ | affidavit is not notarized or is not properly notarized |
| (7) | __ | names in caption do not match names in caption of complaint, petition or application |
| (8) | __ | other: |

**Complaint or Petition**:

(9)    __      is not submitted
(10)   __      is not on proper form (must use the Court's current form)
(11)   X      is missing an original signature by **Plaintiff**
(12)   __      is incomplete
(13)   __      uses et al. instead of listing all parties in caption
(14)   __      names in caption do not match names in text
(15)   __      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   __      other: _____

Furthermore, the Court notes that Teresita Reyes has signed the Complaint and § 1915 Motion on behalf of Plaintiff. To the extent Ms. Reyes is acting as a guardian or conservator for Plaintiff, under Fed. R. Civ. P. 17(c), she may elect to sue or defend on behalf of an incompetent person. Ms. Reyes, however, is not able to assert such claims *pro se* on Plaintiff's behalf. *See Mann v. Boatright*, 477 F.3d 1140, 1149-50 (10th Cir. 2007) (a legal guardian is not able to bring suit without assistance of counsel) (citing *Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986)).

"[I]t is not in the interests of minors or incompetents that they be represented by non-attorneys. Where they have claims that require adjudication, they are entitled to trained legal assistance so their rights may be fully protected." *Mann*, 477 F.3d at 1150 (citing *Cheung v. Youth Orchestra Found. of Buffalo*, 906 F.2d 59, 61 (2d Cir. 1990)). Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

2

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED July 30, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge