*Teresita Reyes on behalf of Fernanda L. Rivera*
6039 S Broadway
Littleton, CO 80121
(303) 593-1404

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2013 AUG -5  AM 10: 27

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

8/4/2013

Magistrate Judge Boyd N. Boland
United States District Court
Alfred A. Arraj Courthouse
901-19th St., Room A 105
Denver, CO 80294-3589

Re: Civil Action No. 13-cv-01949-BNB Fernanda Rivera v. Littleton Housing Authority

Dear honorable Judge Boland,

The Court has ordered that Ms. Reyes show cause in writing as to why she should be allowed to prosecute this action as the Plaintiff's next friend. In reference to the Court's order to Cure Deficiency, please accept enclosed; a letter of Guardianship establishing the Plaintiff's daughter, Teresita Reyes, as Legal Guardian. Also enclosed, for your Honor's reference; are medical certifications rendered by the Plaintiff's personal physicians, attesting to Fernanda L. Rivera's physical and mental disabilities; establishing that Fernanda is gravely disabled. The Plaintiff's daughter and Legal Guardian, Teresita Reyes, respectfully wishes to bring to the Court's attention that the Plaintiff is unable to affix her own signature on court documents for purpose of conducting her personal affairs competently and as such, in a motion to cure the deficiency, Teresita Reyes is presenting to the Court, for consideration, Legal Guardianship papers to support that Teresita Reyes is duly designated by Court to sign on Fernanda's behalf.

Your Honor, on behalf of my deceased father, Martin Rivera, who, from 1941 to 1945 during WWII, served and fought for American interest in the Pacific under the Command of General Douglas McArthur - I am earnestly appealing to the Court for a chance that Martin Rivera's widow may be granted consideration for legal representation, being that she is elderly and disabled and without resource nor recourse for redress of the Public

Housing Authority's unjust denial of her rights as a disabled individual.

Thank you for your time and attention, your Honor. It is truly appreciated.

Sincerely,

*Juanita Reyes on behalf of FERNANDA RIVERA*

| District Court, Arapahoe County, Colorado<br>Arapahoe County Justice Center<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | EFILED Document<br>CO Arapahoe County District Court 18th JD<br>Filing Date: Jul 17 2012 1:19PM MDT<br>Filing ID: 45440258<br>Review Clerk: N/A<br>▲ COURT USE ONLY ▲ |
|---|---|
| In the Interest of:<br><br>**FERNDANDA LOPEZ RIVERA** | Case Number: 12PR563 |
| **Respondent/Ward** | Division 21      Courtroom |
| **LETTERS OF GUARDIANSHIP – ADULT** | |

Teresita Reyes was appointed by Court Order on July 12, 2012 as:

☒ Guardian pursuant to §15-14-311, C.R.S.
☐ Emergency Guardian pursuant to §15-14-312(1), C.R.S. These letters shall expire on _____ (a date not to exceed 60 days from the date of appointment). The Guardian's powers are specified in the Order.
☐ Temporary Substitute Guardian pursuant to §15-14-313, C.R.S. These letters shall expire on _____ (a date not to exceed six months from the date of appointment). The Guardian's powers are specified in the previous order of appointment.

The Guardian shall have access to Respondent's/Ward's medical records and information to the same extent that the Respondent/Ward is entitled. The Guardian shall be deemed to be Respondent's/Ward's personal representative for all purposes relating to Respondent's/Ward's protected health information, as provided in HIPAA, Section 45 CFR 164.502(g)(2).

These Letters of Guardianship are proof of the Guardian's full authority to act, except for the following restrictions:

The Guardian does not have the authority to obtain hospital or institutional care and treatment for mental illness, developmental disability or alcoholism against the will of the Respondent/Ward pursuant to §15-14-316(4), C.R.S.

The Respondent/Ward's place of residence shall not be changed from the State of Colorado without an order of the Court pursuant to §15-14-315(1)(b), C.R.S.
☐ Other limitations: _____

Date: _____July 17, 2012_____         _Donna L. Lehman_
                                       Probate Registrar/(Deputy)Clerk of Court

**CERTIFICATION**

Certified to be a true copy of the original in my custody and to be in full force and effect as of _05.01.13_ (date).

_____
Probate Registrar/(Deputy)Clerk of Court

JDF 849   R4/09   LETTERS OF GUARDIANSHIP - ADULT

| | |
|---|---|
| District Court, Arapahoe County, Colorado<br>Arapahoe County Justice Center<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | EFILED Document<br>CO Arapahoe County District Court 18th JD<br>Filing Date: Jul 17 2012 1:16PM MDT<br>Filing ID: 45440135<br>Review Clerk: N/A |
| **In the Interest of:**<br><br>FERNANDA LOPEZ RIVERA | ▲ **COURT USE ONLY** ▲<br><br>Case Number: 12PR563 |
| **Respondent** | Division 21        Courtroom |
| **LETTERS OF CONSERVATORSHIP - ADULT** ||

<u>Teresita Reyes</u> was appointed by Court Order on July 12, 2012 as:

☒ Conservator pursuant to §15-14-409, C.R.S.
☐ Special Conservator pursuant to §15-14-406(7), C.R.S. These letters shall expire on _____ (date), unless otherwise ordered by the Court.
☐ Special Conservator pursuant to §15-14-412(3), C.R.S. These letters shall expire upon the completion of the single transaction described in the attached Court Order appointing the Special Conservator.

These Letters of Conservatorship are proof of the Conservator's full authority to act, except for the following restrictions:

_____
_____
_____
_____
_____
_____

Date: ___July 17, 2012_____        _[signature]_____
                                          Probate Registrar/(Deputy)Clerk of Court

**CERTIFICATION**

Certified to be a true copy of the original in my custody and to be in full force and effect as of
__05.01.13_____ (date).

_[signature]_____
Probate Registrar/(Deputy)Clerk of Court

JDF 880   R4/09   LETTERS OF CONSERVATORSHIP - ADULT