IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 AUG 12 PM 2:48

JEFFREY P. COLWELL

BY _____ DEP. CLK

Civil Action No.: 13-cv-01949-BNB

Plaintiff, TERESITA REYES ON BEHALF OF FERNANDA RIVE

v.

Defendant. LITTLETON HOUSING AUTHORITY

## MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
## PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 (I do)   do not   (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

(1) I am unable to pay such fees or give security therefor.

(2) The nature of this action is: ADA HOUSING DISCRIMINATION

(3) I am entitled to redress.

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true:

### MARITAL STATUS AND DEPENDENTS

Single   (Married)   Separated   Divorced

The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

Name FERNANDA RIVERA   Age 86   Relationship MOTHER
Name ____   Age ____   Relationship ____
Name ____   Age ____   Relationship ____
Name ____   Age ____   Relationship ____

### RESIDENCE

Street Address: 6039 S BROADWAY
City: LITTLETON   State: CO
Zip Code: 80121   Telephone: (303) 593-1404

### EDUCATION

What is the highest level of formal education you have received: BACHELOR OF SCIENCE IN NURSING

I can speak, read, write, and understand the English language: (Yes)   No

### EMPLOYMENT

(Rev. 07/06)

If <u>employed</u> at present, complete the following:
Name of employer: RETIRED R.N.
Address of employer: N.A.
Telephone number of employer: N.A.
How long have you been employed by present employer: N.A.
Income: Monthly $ _____ Weekly $ _____
If <u>self-employed</u>, state your net income: Monthly $ _____ Weekly $ _____
What is the nature of your self-employment? N.A.
If <u>unemployed</u> at present, complete the following:
I have been unemployed since: 2005
Name of last employer: THE MEDICAL CENTER
Address of last employer: _____
Telephone number of last employer: _____
Salary or hourly wage received from last employer: $ _____
If <u>spouse</u> is employed, complete the following:
Name of employer: N.A.
How long has spouse been employed by present employer: N.A.
Income: Monthly $ N.A. Weekly $ N.A.
If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:
I have been receiving public assistance since: 2006 SOCIAL SECURITY DISABILITY
Income: Monthly $ 1,700.00 Weekly $ N.A.

**REAL AND PERSONAL PROPERTY**
**Real property:**
Do you own real property? Yes (No)
If yes, describe: N.A.
Address: N.A.
Name(s) on title: _____
Estimated value: $ N.A. Amount owed: $ N.A.
Annual income from real property: $ N.A.

**Personal property:**
Automobile: Make: CADILLAC  Model: ESCALADE  Year: 2006
Name(s) on registration: PEDRO & TERESITA REYES
Estimated value: $ 16,000.00  Amount owed: $ 26,000.00

(Rev. 07/06)

**Cash on hand:**
Total amount of cash in banks and savings and loan associations: $ __10.00__
Names and addresses of banks and associations:
CHASE - SECURITY SERVICE FEDERAL CREDIT UNION (BROADWAY) (LITTLETON), 1ST BANK (UNIVERSITY)

**Other information pertinent to financial status:** (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
NONE

| FINANCIAL OBLIGATIONS: | MONTHLY PAYMENT: |
|---|---|
| Rent on house or apartment: | $ 1300.00 |
| Mortgage on house: | $ N.A. |
| Gas bill: | $ 450.00 |
| Electric bill: | $ |
| Telephone bill: + CABLE | $ 320.00 |
| Food: | $ 1,200.00 |
| Clothing: | $ 75.00 |
| Automobile loan: (2 CARS) | $ 850.00 |
| Automobile insurance: | $ 170.00 |
| Other insurance:  WASTE DISP. | $ 40.00 |
| Payments to retail merchants: | $ |
| Total owed: | |
| Payments on any other outstanding loans or debts: | $ |
| Total owed: | |
| Payments to doctors, hospitals, lawyers: | $ 291.00/Lawyer Fee FOR JULY ONLY |
| Total owed: | |
| Maintenance under separation or dissolution agreement: | $ |
| Child support: | $ |
| Other Payments: | |
| Describe: CREDIT CARDS | $ 200.00 |
| Describe: | $ |
| Describe: | $ |
| Describe: | $ |
| **Total monthly payments:** | $ 4,596.00 |

(Rev. 07/06)

**ATTEMPTS TO LOCATE COUNSEL**

Please list the name, address, and telephone number of each attorney you have contacted requesting representation in this matter. The court encourages you to contact a minimum of three attorneys.

Attorney: WICK & TRAUTWEIN LLC KEVIN WARD
Date Contacted: JUNE 2013
Street Address: #3 CLOCK TOWER SQUARE 323 SOUTH COLLEGE AVENUE
City: FORT COLLINS
State: CO
Zip Code: 80522
Telephone: (970) 237-5694

Attorney: JENNIFER GORMLEY
Date Contacted: DECEMBER 2012
Street Address: 6060 GREENWOOD PLAZA BLVD SUITE 300
City: GREENWOOD VILLAGE
State: CO
Zip Code: 80111
Telephone: (303) 783-9600

Attorney: AUGUSTINE HERNANDEZ PETER HROBSKY COLORADO LEGAL SERVICES
Date Contacted: 2011 - 2012 - 2013
Street Address: 1905 SHERMAN STREET SUITE 400
City: DENVER
State: CO
Zip Code: 80203
Telephone: (303) 837-1321

Attorney: COLORADO CROSS-DISABILITY COALITION JULIE REISKIN
Date Contacted:
Street Address: 655 BROADWAY, SUITE 775
City: DENVER
State: CO
Zip Code: 80203
Telephone: (303) 839-1775

Attorney:
Date Contacted:
Street Address:
City:
State:
Zip Code:
Telephone:

Date: 08-12-2013

Juanita Reyes ON BEHALF OF FERNANDA RIVERA
(Plaintiff's Original Signature)

Subscribed and sworn to before me this 12 day of August, 2013

(Notary Public)
6834 S. University Blvd.
(Address) Centennial, CO 80122

My commission expires: January 30, 2015

[Notary Seal: MARC MASSARO, NOTARY PUBLIC, STATE OF COLORADO]

(Rev. 07/06)