## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK** 303-844-2527
  Judge

September 23, 2013

### MEMORANDUM

TO:        Jeffrey Colwell, Clerk

FROM:    Judge Babcock       s/LTB

RE:        Civil Action No.  13-cv-01949-LTB
            Rivera v. Littleton Housing Authority

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp