IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01949–RM–KMT

FERNANDA RIVERA,

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

    Defendant.

---

### ORDER GRANTING PLAINTIFF LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915 AND FOR APPOINTMENT OF COUNSEL

---

Teresita Reyes, on behalf of Plaintiff Fernanda Rivera, has filed a Motion and Affidavit for Leave for Plaintiff to Proceed Pursuant to 28 U.S.C. § 1915. (Doc. No. 7.) The motion and affidavit indicates that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.

Ms. Reyes is Plaintiff's guardian or conservator. Under Fed. R. Civ. P. 17(c), Ms. Reyes may elect to sue or defend on behalf of Plaintiff, but Ms. Reyes is not able to assert the claims in this action *pro se* on Plaintiff's behalf. On August 5, 2013, Ms. Reyes filed a letter (Doc. No. 5) with the Court asking that Ms. Rivera be appointed counsel. Although Ms. Reyes does not have a right to represent her mother in this action, courts have implied an exception for certain limited motions to be filed by Ms. Reyes, such as a request for appointment of counsel. *See Zhu v. Countrywide Realty Co.*, 148 F. Supp. 2d 1154, 1155–56 (D. Kan. 2001). Otherwise, an

individual found incompetent may be barred from obtaining counsel to represent her claims. *Id.* Nonetheless, in considering a motion for appointment of counsel, the Court must consider the financial status of the person acting as a legal guardian or conservator for the incompetent plaintiff. *Id.* at 1156–57. Having considered the Motion and Affidavit for Leave for Plaintiff to Proceed Pursuant to 28 U.S.C. § 1915, the Motion is granted.

Moreover, in accordance with Part III.C. of the U.S. District Court's ***Pilot Program to Implement A Civil Pro Bono Panel***, the Court hereby determines that Plaintiff Fernanda Rivera merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;

    2) the potential merit of the *pro se* party's claims;

    3) the demonstrated inability of the *pro se* party to retain counsel by other means; and

    4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Accordingly, it is **ORDERED**

1. The Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. No. 7) is GRANTED.

2. Plaintiff's previous Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. No. 3) is DENIED as moot.

3.      Plaintiff's request for appointment of counsel is GRANTED.  The Clerk shall select, notify, and appoint counsel to represent the *pro se* litigant in this civil matter.

Dated this 24th day of September, 2013.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge