IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01949-RM-KMT

FERNANDA RIVERA,

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

    Defendants.

## CERTIFICATE OF SERVICE

    I certify that I have mailed a copy of the Certificate of Service to the named individuals below, and the following forms to United States Marshal Service for service of process for Littleton Housing Authority: COMPLAINT FILED 7/22/13, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on September 26, 2013.

Fernanda Rivera
6039 South Broadway
Littleton, CO 80121

US Marshal Service
Service Clerk
Service forms for:  Littleton Housing Authority


                                                          s/ A. García
                                                          Deputy Clerk