U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  
OCT - 8 2013  
JEFFREY P. COLWELL  
CLERK

RECEIVED  
2013 SEP 26  P 2: 55  
U.S. DISTRICT OF SERVICE  
DISTRICT OF COLORADO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fernanda Rivera | 13-cv-01949-RM-KMT #1 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Littleton Housing Authority | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Littleton Housing Authority

ADDRESS (Street or RFD, Apartment No., City State and Zip Code)  
5745 South Bannock Street, Littleton, CO 80120

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:  
Fernanda Rivera  
6039 South Broadway  
Littleton, CO 80121

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/ A. García  Deputy Clerk | X PLAINTIFF  ___ DEFENDANT | TELEPHONE NUMBER  303-844-3433 | DATE  9/26/2013 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin No. 13 | District to Serve No. 13 | Signature of Authorized USMS Deputy or Clerk  Pam Elacton | Date  9-26-13 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, X have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)  
Donna Maxfield, Occupancy Specialist

___ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/7/13  Time: 11:32 pm  
Signature of U.S. Marshal or Deputy

| Service Fee  $55.00 | Total Mileage Charges (including endeavors)  14.13 | Forwarding Fee | Total Charges  69.13 | Advance Deposits | Amount owed to U.S. Marshal or  69.13 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  
1hr = 55.00  
Mileage: 12.5 x 2 x 0.565 = 14.13

PRIOR EDITIONS MAY BE USED  
**1. CLERK OF THE COURT**  
FORM USM-285 (Rev. 12/15/80)