IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01949-RM-KMT

FERNANDA RIVERA,

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

    Defendant.

## NOTICE OF APPOINTMENT

As directed by the Order of Appointment of counsel for Plaintiff Fernanda Rivera, entered by U.S. Magistrate Judge Kathy M. Tafoya on September 24, 2013, and in accordance with Part III.C.4. of the U.S. District Court's ***Pilot Program to Implement A Civil Pro Bono Panel***, the undersigned designated clerk has randomly drawn counsel from the list of interested applicants to the Civil Pro Bono Panel.

THE CLERK hereby notifies the court and the parties that attorney Aaron Goldhamer of the law firm of Jones & Keller LLP has been selected as counsel in this matter. Selected counsel has preliminarily reviewed this case to determine if a conflict exists or other impediment to accepting this case; as it appears there is no such conflict at this time, he has informed the court of their availability.

ACCORDINGLY, the Clerk hereby enters a Notice of Appointment in this case, and will also send a copy of the Appointment Order, the Notice of Appointment, and this Pilot Program plan to the pro se litigant.

Dated at Denver, Colorado this  3rd  day December, 2013.

                                             FOR THE COURT:
                                             JEFFREY P. COLWELL, CLERK

                                             By: s/ Edward P. Butler
                                             Edward P. Butler, Deputy Clerk/Legal Officer