IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01949-RM-KMT

FERNANDA RIVERA,

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

    Defendant.

---

### ENTRY OF APPEARANCE OF AARON D. GOLDHAMER

---

Aaron D. Goldhamer, of the law firm JONES & KELLER, P.C., hereby enters his appearance in this matter as attorney Plaintiff, Fernanda Rivera.

DATED: January 2, 2014

    Respectfully submitted,

*s/ Aaron D. Goldhamer*
Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Email: agoldhamer@joneskeller.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David Heisterkamp II
Amber L. Hunter
James F Wagenlander
Wagenalnder & Heisterkamp, LLC
1700 Broadway, Suite 1202
Denver, CO  80290


                                                s/ Tammy Harris