## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01949-RM-KMT

FERNANDA RIVERA,

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

    Defendant.

## ENTRY OF APPEARANCE

David V. Heisterkamp II, hereby enters his appearance as counsel on behalf of Defendant, and requests that all further pleadings be copied *via* electronic mail to the address below.

Respectfully submitted this 3rd day of January, 2014.

    By:  *s/David V. Heisterkamp II*
    David V. Heisterkamp II
    Wagenlander & Heisterkamp, LLC
    1700 Broadway, Suite 1202
    Denver, Colorado 80290
    Telephone: (303) 832-6511
    Facsimile: (303) 830-2246
    Email: davidvh@wagenlander.com

    ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Email: agoldhamer@joneskeller.com

*Attorney for Plaintiff*

                                          *s/David V. Heisterkamp II*
                                          David V. Heisterkamp II
                                          Wagenlander & Heisterkamp, LLC
                                          1700 Broadway, Suite 1202
                                          Denver, Colorado 80290
                                          Telephone: (303) 832-6511
                                          Facsimile: (303) 830-2246
                                          Email: davidvh@wagenlander.com
                                          *Attorneys for Devendant*

2