IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01949-RM-KMT

FERNANDA RIVERA,

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

    Defendant.

---

**[Proposed] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO CONFIDENTIAL MEDICAL INFORMATION WITHIN RESPONSE TO MOTION TO DISMISS (DOC. # 25)**

---

    THIS MATTER comes before the Court on Doc. # 27, "Plaintiff's Unopposed Motion to Restrict Public Access to Confidential Medical Information within Response to Motion to Dismiss (Doc. # 25)".

    THE COURT, having reviewed same, having found that Doc. #27-1 filed along with the Unopposed Motion adequately protects Plaintiff's privacy interests as well as the public's interest in an open judicial system, and being otherwise advised in the premises, hereby ORDERS that the Unopposed Motion is GRANTED.

    DATED: _____        BY THE COURT: _____

{JK00544884.1 }