IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01949-RM-KMT

FERNANDA RIVERA,

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

    Defendant.

**DEFENDANT'S UNOPPOSED MONTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendant, by and through its undersigned attorneys, respectfully requests that this Court grant a six-day extension of time, to and including February 5, 2014, in which to file a reply to Plaintiff's Response to Defendant's Motion to Dismiss. The grounds for this Motion are as follows:

1.    On October 28, 2013, Defendant filed a Motion to Dismiss (Doc. # 17).

2.    On January 23, 2014, Plaintiff filed Plaintiff's Response to Defendant's Motion to Dismiss (Doc. # 25).

3.    Per the Court's Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting (Doc. # 23), the parties are required to submit a proposed scheduling order on or before January 30, 2014.

4.    Per the Court's Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting, the parties are required to comply with mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before January 30, 2014.

5. A Fed. R. Civ. P. 16(b) scheduling and planning conference is scheduled for February 6, 2014.

6. No party would be prejudiced if the deadline for Defendant to reply to the Motion to Dismiss was set for February 5, 2014.

7. Pursuant to D.C. Colo. L. Civ. R. 7.1.A, counsel for Littleton Housing Authority conferred with Plaintiff's counsel. Plaintiff's counsel does not oppose the extension sought herein.

8. Pursuant to D.C. Colo. L. Civ. R. 6.1.D, undersigned counsel states that Defendant has not sought any prior extension of the deadline for filing its reply in support of its Motion to Dismiss.

9. Pursuant to D.C. Colo. L. Civ. R. 6.1.E, this Motion is being served simultaneously on the moving party's client as shown in the Certificate of Service.

WHEREFORE, Defendant respectfully requests that Defendant be given through and including February 5, 2014 to reply to Plaintiff's Response to Defendant's Motion to Dismiss.

Respectfully submitted this 27th day of January, 2014.

Attorneys for Plaintiffs

*s/Amber L. Hunter*
Amber L. Hunter
David Heisterkamp II
Wagenlander & Heisterkamp, LLC
1700 Broadway, Suite 1202
Denver, CO 80290
Phone: (303) 832-6511
Fax: (303) 830-2246
amberlh@wagenlander.com

ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Email: agoldhamer@joneskeller.com

*Attorney for Plaintiff*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

Dan Burnham (by email dburnham@southmetrohousingoptions.org) (client)

                                              *s/Amber L. Hunter*
                                              Amber L. Hunter
                                              Wagenlander & Heisterkamp, LLC
                                              1700 Broadway, Suite 1202
                                              Denver, Colorado 80290
                                              Telephone: (303) 832-6511
                                              Facsimile: (303) 830-2246
                                              Email: amberlh@wagenlander.com
                                              *Attorneys for Defendant*