| District Court, Arapahoe County, Colorado<br>Arapahoe County Justice Center<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | EFILED Document<br>CO Arapahoe County District Court 18th JD<br>Filing Date: Jul 17 2012 1:19PM MDT<br>Filing ID: 45440258<br>Review Clerk: N/A |
|---|---|
| In the Interest of:<br><br>**FERNDANDA LOPEZ RIVERA**<br><br>Respondent/Ward | ▲ **COURT USE ONLY** ▲<br>Case Number: 12PR563<br><br>Division 21    Courtroom |

## LETTERS OF GUARDIANSHIP – ADULT

<u>Teresita Reyes</u> was appointed by Court Order on July 12, 2012 as:

☒ Guardian pursuant to §15-14-311, C.R.S.

☐ Emergency Guardian pursuant to §15-14-312(1), C.R.S. These letters shall expire on _____ (a date not to exceed 60 days from the date of appointment). The Guardian's powers are specified in the Order.

☐ Temporary Substitute Guardian pursuant to §15-14-313, C.R.S. These letters shall expire on _____ (a date not to exceed six months from the date of appointment). The Guardian's powers are specified in the previous order of appointment.

The Guardian shall have access to Respondent's/Ward's medical records and information to the same extent that the Respondent/Ward is entitled. The Guardian shall be deemed to be Respondent's/Ward's personal representative for all purposes relating to Respondent's/Ward's protected health information, as provided in HIPAA, Section 45 CFR 164.502(g)(2).

These Letters of Guardianship are proof of the Guardian's full authority to act, except for the following restrictions:

The Guardian does not have the authority to obtain hospital or institutional care and treatment for mental illness, developmental disability or alcoholism against the will of the Respondent/Ward pursuant to §15-14-316(4), C.R.S.

The Respondent/Ward's place of residence shall not be changed from the State of Colorado without an order of the Court pursuant to §15-14-315(1)(b), C.R.S.

☐ Other limitations: _____

Date: ____July 17, 2012____    [SEAL]    _/s/ Donna L. Lehman_
                                          Probate Registrar/(Deputy)Clerk of Court

**CERTIFICATION**

Certified to be a true copy of the original in my custody and to be in full force and effect as of
__05.01.13__ (date).

_____
Probate Registrar/(Deputy)Clerk of Court

JDF 849   R4/09   LETTERS OF GUARDIANSHIP - ADULT

| District Court, Arapahoe County, Colorado<br>Arapahoe County Justice Center<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | EFILED Document<br>CO Arapahoe County District Court 18th JD<br>Filing Date: Jul 17 2012 1:16PM MDT<br>Filing ID: 45440135<br>Review Clerk: N/A  ▲ COURT USE ONLY ▲ |
|---|---|
| **In the Interest of:**<br><br>FERNANDA LOPEZ RIVERA | Case Number: 12PR563 |
| **Respondent** | Division 21   Courtroom |

### LETTERS OF CONSERVATORSHIP - ADULT

Teresita Reyes was appointed by Court Order on July 12, 2012 as:

☒ Conservator pursuant to §15-14-409, C.R.S.
☐ Special Conservator pursuant to §15-14-406(7), C.R.S. These letters shall expire on _____ (date), unless otherwise ordered by the Court.
☐ Special Conservator pursuant to §15-14-412(3), C.R.S. These letters shall expire upon the completion of the single transaction described in the attached Court Order appointing the Special Conservator.

These Letters of Conservatorship are proof of the Conservator's full authority to act, except for the following restrictions:

_____
_____
_____
_____
_____
_____

Date: ___July 17, 2012___        [SEAL: COMBINED COURT ARAPAHOE COUNTY COLORADO]   _____/s/ Donna L. German_____
                                                                                     Probate Registrar/(Deputy)Clerk of Court

### CERTIFICATION

Certified to be a true copy of the original in my custody and to be in full force and effect as of
___05.01.13___ (date).    [SEAL: ARAPAHOE COUNTY COMBINED COURT COLORADO]   _____/s/_____
                                                                             Probate Registrar/(Deputy)Clerk of Court

JDF 880   R4/09   LETTERS OF CONSERVATORSHIP - ADULT