**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-01949-RM-KMT | Date: | February 6, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                     *Counsel:*

FERNANDA RIVERA,                                              Aaron Goldhamer

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,                     Amber Hunter
                                                                                      David Heisterkamp

    Defendant.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**9: 58 a.m.        Court in session.**

Court calls case. Appearances of counsel.

Also present and seated at counsel table, Teresita Reyes, guardian for Plaintiff.

Counsel confirm initial disclosure have been made.

Discussion regarding e-discovery, destruction of Plaintiff's huband's file, and consent to jurisdiction of magistrate judge.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to 10 depositions, including experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court. However, the deposition of Teresita Reyes shall not exceed a total of 10 hours, split between 2 consecutive days, if necessary.

Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Joinder of Parties/Amendment to Pleadings:   April 28, 2014
Discovery Cut-off:   August 6, 2014
Dispositive Motions Deadline:   September 8, 2014
Each side shall be limited to 2 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts:   May 22, 2014
Disclosure of Rebuttal Experts:   June 22, 2014

Written Discovery shall be served 33 days prior to the discovery cutoff.

**ORDERED:   A Telephonic Final Pretrial Conference is set for November 18, 2014 at 10:00 a.m.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the final pretrial conference.**

The parties anticipate a 3 day jury trial.  A trial date will be set after the Final Pretrial Conference before Magistrate Judge Kathleen M. Tafoya.

Discussion regarding Defendant's Motion to Dismiss [17].  Mr. Goldhamer states Plaintiff wishes to file a surreply.

**ORDERED:   Plaintiff may file a surreply to Defendant's Motion to Dismiss [17] on or before February 19, 2014.**

Discussion regarding potential motion to stay discovery.

**ORDERED:   Parties shall file a motion to stay discovery, if one is required, on or before February 13, 2014.**

**Scheduling Order entered.**

**10:24 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:26

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.