IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-01949-RM-KMT

FERNANDA RIVERA,

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

    Defendant.
_____

**ORDER REFERRING CASE PURSUANT TO 28 U.S.C. § 636(c)**
_____

    Pursuant to D.C.COLO.LCivR. 72.2 on the 6th day of February, 2014, the parties notified the court of their unanimous consent to disposition of the above action by a United States Magistrate Judge. Now, therefore, being sufficiently advised, IT IS ORDERED as follows:

    The above action is referred for disposition to the Magistrate Judge currently assigned to the case pursuant to Fed.R.Civ.P. 73 and 28 U.S.C. § 636(c).

    DATED this 6th day of February, 2014.

                                BY THE COURT:

                                _____
                                RAYMOND P. MOORE
                                United States District Judge