IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01949-KMT

FERNANDA RIVERA,

      Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

      Defendant.

---

## PLAINTIFF'S <u>UNOPPOSED</u> MOTION TO MODIFY CIVIL SCHEDULING ORDER

---

Plaintiff, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4) and Section 13 of the Civil Scheduling Order [Doc. 37], states the following for her Unopposed Motion to Modify Civil Scheduling Oder ("Unopposed Motion"):

### CERTIFCATION OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with Defendant's counsel concerning the relief sought by this Unopposed Motion. Defendant does not oppose the relief sought hereby.

### BACKGROUND

1.      Defendant filed a Motion to Dismiss on October 28, 2013 [Doc. 17], to which Plaintiff responded on January 23, 2014 [Doc. 25]. Defendant filed a reply on February 5, 2014 [Doc. 35].

2.      The parties appeared before the Court on February 6, 2014 for a scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b).  At the scheduling conference, the Court granted Plaintiff's request for leave to file a surreply concerning Defendant's Motion to Dismiss, and Plaintiff filed a surreply on February 18, 2014.  [Doc. 42].

3.      At the February 6, 2014 scheduling and planning conference, the parties also discussed Plaintiff's interest in staying discovery pending resolution of the Motion to Dismiss. On March 4, 2014, the Court recognized that "the parties may expend considerable time and resources in discovery that, if the motion [to dismiss] is granted, will have been unnecessary[,]" and ordered that discovery would be stayed pending the Court's ruling on the Motion to Dismiss. [Doc. 43].

4.      On February 6, 2014, the Court entered a Civil Scheduling Order [Doc. 37] which provided for the following deadlines and dates:

a.  April 28, 2014: deadline for joinder of parties and amendment of pleadings;

b.  May 22, 2014: Plaintiff's expert witness disclosure deadline;

c.  August 6, 2014: discovery cut-off;

d.  September 8, 2014: dispositive motion deadline; and

e.  November 18, 2014: final pretrial conference.

## ARGUMENT

5.      Fed. R. Civ. P. 16(b)(4) states that a schedule "may be modified only for good cause and with the judge's consent," and Section 13 of the Civil Scheduling Order provides that "the scheduling order may be altered or amended only upon a showing of good cause." [Doc. 37, p. 10].

2

6.      The Court has "wide discretion" in determining what constitutes "good cause" for purposes of Fed. R. Civ. P. 16(b)(4).  *Rehberg v. City of Pueblo*, No. 10-CV-00261-LTB-KLM, 2011 WL 4102287 at *7 (D. Colo. Sept. 14, 2011) (*citing Burks v. Oklahoma Pub. Co.,* 81 F.3d 975, 978 (10th Cir. 1996)).

7.      Because the Court has stayed discovery pending a ruling on the motion to dismiss, Plaintiff has not been able to conduct discovery, including, without limitation, discovery aimed at determining whether to join additional parties, amend her Complaint, or what expert testimony should be disclosed in this action.  Furthermore, even if the Court were to deny the motion to dismiss in the immediate future, Plaintiff would be unable to initiate and complete that discovery before the expiration of the current deadlines for joinder of parties, amendment of pleadings, and disclosure of expert witnesses. Accordingly, good cause exists to modify the deadlines for joinder of parties and amendment of pleadings and expert witness disclosures, pending a ruling on the motion to dismiss.[1]

8.      Therefore, Plaintiff requests that the Court vacate the current deadlines for (1) joinder of parties and amendment of pleadings and (2) disclosure of expert witnesses, subject to resetting after the Court issues its order on the motion to dismiss.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Unopposed Motion.

---

[1] Plaintiff reserves the potential filing of a further motion to modify the Civil Scheduling Order with respect to the discovery cutoff, dispositive motion, and final pretrial conference deadlines, based upon the progress of discovery after a ruling by the Court on the motion to dismiss.

DATED:  April 25, 2014.

Respectfully submitted,


s/ Aaron D. Goldhamer
Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Email: agoldhamer@joneskeller.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2014, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

> David Heisterkamp II
> Amber L. Hunter
> James F Wagenlander
> Wagenalnder & Heisterkamp, LLC
> 1700 Broadway, Suite 1202
> Denver, CO  80290
> *Attorneys for Defendant*

s/ Tammy Harris