IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01949-KMT

FERNANDA RIVERA,

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

    Defendant.

---

### [PROPOSED] ORDER GRANTING PLAINTIFF'S <u>UNOPPOSED</u> MOTION TO MODIFY CIVIL SCHEDULING ORDER

---

    THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Modify Civil Scheduling Order ("Unopposed Motion"). The Court, having reviewed same and being otherwise advised in the premises, hereby ORDERS that the Unopposed Motion is GRANTED.

    The current deadlines for (1) joinder of parties and amendment of pleadings and (2) disclosure of expert witnesses are hereby VACATED, and will be subject to resetting after the Court issues its order on the motion to dismiss.

    DATED: _____        BY THE COURT: _____
                                                        Kathleen M. Tafoya
                                                        United States District Court Magistrate Judge