IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-01949-KMT | Date: | June 18, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                  *Counsel:*

FERNANDA RIVERA,                                              Aaron Goldhamer

   Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,                    David Heisterkamp

   Defendant.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**9:28 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding potential filing of an amended complaint.

**ORDERED: Plaintiff shall submit a motion to file an amended complaint on or before August 28, 2014. Defendant is not required to answer the existing complaint [1]. The deadline to answer is stayed pending the filing of the amended complaint.**

Court states its practice regarding discovery disputes.

Counsel confirm supplementation of initial disclosures is not required at this time.

Discussion regarding e-discovery.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to 10 depositions, including experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
However, Teresita Reyes' deposition shall not exceed 10 hours, split between 2 consecutive days, if needed.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Joinder of Parties/Amendment to Pleadings:   August 28, 2014
Discovery Cut-off:   December 6, 2014
Dispositive Motions Deadline:  January 8, 2015
Each side shall be limited to 2 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts:   September 22, 2014
Disclosure of Rebuttal Experts:   October 22, 2014

Written Discovery shall be served 33 days prior to the discovery cutoff.

The parties anticipate a 3 day possible jury trial.  Mr. Goldhamer states he will consult with his client on the whether the trial will be to the court or to a jury.

**ORDERED:   Final Pretrial/Trial Preparation Conference is set for May 12, 2015 at 9:30 a.m. before Magistrate Judge Kathleen M. Tafoya.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

**ORDERED:   A three day jury trial is set for June 15, 2015 at 9:30 a.m. before Magistrate Judge Kathleen M. Tafoya.  A separate written order will be issued.**

**Scheduling Order entered.**

**9:55 a.m.       Court in recess.**

Hearing concluded.
Total in-court time:   00:27

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.