IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-01949-KMT

FERNANDA RIVERA,

Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

Defendant.

## ENTRY OF APPEARANCE

Byeongsook Seo, of the law firm of Gordon & Rees, LLP, hereby enters his appearance as counsel on behalf of Defendant.

Respectfully submitted this 10th day of July, 2014.

By: *s/ Byeongsook Seo*
Byeongsook Seo
GORDON & REES LLP
555 SEVENTEENTH STREET, SUITE 3400
Denver, CO 80202
P 303.534-5160
F 303.534-5161
bseo@gordonrees.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of July, 2014, a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below:

| Aaron David Goldhamer<br>Jones & Keller, PC<br>1999 Broadway Suite 3150<br>Denver, CO  80202<br>303.573.1600<br>Email:  agoldhamer@joneskeller.com | Amber L. Hunter<br>David V Heisterkamp, II<br>Wagenlander & Heisterkamp, LLC<br>1700 Broadway, Suite 1202<br>Denver, CO  80290-1201<br>303.832.6511<br>Email: amberh@wagenlander.com;<br>davidvh@wagenlander.com |
|---|---|

　　　　　　　　　　　　　　　　　　　　　　/s/  Byeongsook Seo