IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01949-KMT

FERNANDA RIVERA,

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

    Defendant.

---

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

---

    Plaintiff, through undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(2), hereby moves the Court to dismiss this action with prejudice, each party to bear its own fees and costs. This relief is appropriate as the parties have reached a settlement of this matter. Defendant's counsel advises that Defendant does not oppose the relief sought hereby.

    DATED: August 14, 2014

    Respectfully submitted,

*s/ Aaron D. Goldhamer*
Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Email: agoldhamer@joneskeller.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David Heisterkamp II
Amber L. Hunter
James F Wagenlander
Wagenalnder & Heisterkamp, LLC
1700 Broadway, Suite 1202
Denver, CO  80290

Byeongsook Seo
Gordon & Rees, LLP
555 17th Street, Suite 3400
Denver, CO 80202

*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　　*s/ Tammy Harris*
　　　　　　　　　　　　　　　　　　　　Tammy Harris