IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01949-KMT

FERNANDA RIVERA,

    Plaintiff,

v.

LITTLETON HOUSING AUTHORITY,

    Defendant.

---

### [Proposed] ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

---

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Dismiss with Prejudice ("Unopposed Motion").  The Court, having reviewed same and being otherwise advised in the premises, hereby ORDERS that the Unopposed Motion is GRANTED.  This matter is dismissed with prejudice, with each party to bear its own fees and costs.

DATED:  _____        BY THE COURT:  _____